AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TRAMAINE OWENS,

                    Plaintiff,                                    JUDGMENT IN A CIVIL CASE

              **v.**                                      CASE NUMBER:   CV421-299

SHERIFF JOHN T. WILCHER,

                    Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's July 5, 2022 Order, Plaintiff's Complaint is dismissed without prejudice, and this case stands closed.

July 5, 2022                                          John E. Triplett, Clerk of Court
*Date*                                                *Clerk*

*(By) Deputy Clerk*

GAS Rev 10/2020